IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 5, 2008

Charles R. Fulbruge III
Clerk

No. 07-60513

HARTFORD FIRE INSURANCE COMPANY

Plaintiff - Appellee

v.

PRIDE CONSTRUCTION INC

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Mississippi

Before REAVLEY, BENAVIDES, and OWEN, Circuit Judges.

PER CURIAM:[*]

The district court's preliminary injunction order requiring Pride Construction, Inc. to post collateral is affirmed. Pride is bound by its indemnity agreement to pay Hartford on demand the amount necessary to protect against all losses or expenses when Hartford determines that liability exists. There is ample evidence of the liability and potential difficulty in collecting the amount from Pride in this suit. The court's order is within its authority and discretion. All outstanding motions are denied.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.